AUSA Adam C. McMichael

AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>Alexis Roman HERNANDES-VELASQUEZ,<br>aka Rubelsy Dario Cano-Castillo<br><br>*Defendant(s)* | )<br>)  15-8643-WM<br>)  Case No. ~~15-8463-WM~~<br>)<br>)<br>) |

FILED by _VH_ D.C.
DEC 0 8 2015
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 18, 2015__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8, United States Code,<br>Section 1326 (a) | Illegal reentry of previously deported Alien |

This criminal complaint is based on these facts:

See attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Carlos Oliveras, Border Patrol Agent, CBP
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __DEC 8, 2015__

_____
*Judge's signature*

City and state: __West Palm Beach, Florida__   William Matthewman, US Magistrate Judge
*Printed name and title*

# AFFIDAVIT
# OF
# BORDER PATROL AGENT CARLOS OLIVERAS
## US BORDER PATROL, CUSTOMS AND BORDER PROTECTION
## U.S. DEPARTMENT OF HOMELAND SECURITY

Your affiant, Carlos Oliveras, being duly sworn, depose and state that:

1. I am a Border Patrol Agent with the Department of Homeland Security, Customs and Border Protection (CBP) and have been so employed for six (6) years. I am currently assigned to the West Palm Beach Border Patrol Station, Riviera Beach, Florida.

2. As a Border Patrol Agent, my duties include the detection and interdiction of individuals illegally entering the United States and those aliens who are currently within the United States illegally. I am trained in detecting and locating individuals suspected of assisting aliens in their illegal entry into the United States by any means. I am also responsible for the investigation and processing of aliens who are entering or residing illegally in the United States as well as the investigation of people responsible for the smuggling of such undocumented aliens.

3. This affidavit is submitted in support of a criminal complaint and arrest warrant for Alexis Roman HERNANDES-VELASQUEZ for illegal re-entry into the Unites States, in violation of Title 8, United States Code, Section 1326(a).

4. The information contained in this affidavit is based upon my review of the U.S. Citizenship and Immigration Service (USCIS) File Number A******190, court documents and reports. The statements contained in this affidavit are also based upon my own personal knowledge, as well as information provided to me by other law enforcement officials and employees of CBP. Because this affidavit is intended for the limited purpose of obtaining a criminal complaint, I have

not included each and every fact known to me; but rather, I have included only those facts and circumstances that I believe are sufficient to establish probable cause.

5. Based on information provided by the Florida Highway Patrol (FHP), HERNANDES-VELASQUEZ was the driver of a vehicle involved in a hit and run collision that occurred on October 18, 2015, at approximately 3:19 a.m. The collision happened on SR 91, also known as the Florida Turnpike, in the Palm Beach Gardens area and the Southern District of Florida. FHP related that the collision involved an FHP Trooper that was struck by HERNANDES-VELASQUEZ's vehicle and sustained injuries.

6. On November 20, 2015, HERNANDES-VELASQUEZ was arrested by FHP and charged with driving without a valid license and DUI causing serious bodily injury. At the time of his arrest, HERNANDES-VELASQUEZ provided the officers a false name - Rubelsy Dario Cano-Castillo. A set of fingerprints were taken from HERNANDES-VELASQUEZ by the Palm Beach County Sheriff's Department. An electronic copy of those fingerprints were then transmitted to the U.S. Border Patrol and compared to records maintained by the Department of Homeland Security and Department of Justice. Through those databases, it was determined that the fingerprints matched a known individual by the name of Alexis Roman HERNANDES-VELASQUEZ with an Alien Registration number of A****** 190 from Guatemala.

7. The A-file pertaining to HERNANDES-VELASQUEZ under A****** 190 was *requested* and received by CBP. Upon review, it was determined that on or about July 11, 2007, HERNANDES-VELASQUEZ was ordered removed from the United States to Guatemala. On July 23, 2007, HERNANDES-VELASQUEZ was formally deported to Guatemala.

8. A fingerprint examination was made between the prints taken at the time of HERNANDES-VELASQUEZ arrest in November 2015, as compared to a fingerprint located on the Warrant of Deportation (I-296) from July 23, 2007. It was determined that the fingerprints on those two items matched the same individual, HERNANDES-VELASQUEZ.

9. A records check through the Department of Homeland Security databases failed to locate any evidence that HERNANDES-VELASQUEZ ever filed a Form I-212 (Application for Permission to Reapply for Admission into the United States After Deportation or Removal) or that he received permission from the Secretary of the Department of Homeland Security or the Attorney General allowing him to re-enter the United States.

10. Based upon the foregoing, I submit that probable cause exists that HERNANDES-VELASQUEZ did unlawfully re-enter the United States after being removed, in violation of Title 8, United States Code, Section 1326(a).

FURTHER AFFIANT SAYETH NAUGHT.

_____
CARLOS OLIVERAS
BORDER PATROL AGENT
CUSTOMS AND BORDER PROTECTION

SWORN TO AND SUBSCRIBED BEFORE
ME THIS __8__ TH DAY OF DECEMBER,
2015, AT WEST PALM BEACH, FLORIDA,
SOUTHERN DISTRICT OF FLORIDA.

_____
HON. WILLIAM MATTHEWMAN
UNITED STATES MAGISRATE JUDGE

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

### CASE NO. 15-8643-WM

Defendant's Name: Alexis Roman HERNANDES-VELASQUEZ

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|-------|-----------|-----------|--------------|
| 1 | Alien found in the U.S. subsequent to a prior deportation | 8:1326(a) | 2 years<br>$250,000 fine<br>SR: up to 1 year<br>$100 Spec. Assmt |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No.   15-8643-WM

UNITED STATES OF AMERICA

vs.

ALEX ROMAN HERNANDES-VELASQUEZ,
aka Rubelsy Dario CANO-CASTILLO

Defendant.
_____/

CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003?  _____ Yes __X__ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007?  _____ Yes __X__ No

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

BY: _____
ADAM C. McMICHAEL
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 0772321
TEL (561) 820-8711