UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-80003-CR-Ryskamp/Hopkins

8 U.S.C. § 1326(a)

UNITED STATES OF AMERICA

v.

ALEXIS ROMAN HERNANDES-VELASQUEZ,
Defendant.
_____/

FILED BY __KZ__
Deputy Clerk
Jan 12, 2016
STEVEN M. LARIMORE
CLERK U.S. DISTRICT CT.
S.D. OF FLA. West Palm Beach

## INDICTMENT

The Grand Jury charges that:

On or about October 18, 2015, in Palm Beach County, in the Southern District of Florida, the defendant,

**ALEXIS ROMAN HERNANDES-VELASQUEZ,**

an alien, having previously been deported and removed from the United States on or about July 23, 2007, was found to be in the United States, knowingly and unlawfully, without the Attorney General of the United States or his/her successor, the Secretary of Homeland Security (Title 6, United States Code, Sections 202(3), 202(4) and 557) having expressly consented to such alien's reapplying for admission to the United States, in violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL

_____
FOREPERSON

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
ADAM C. McMICHAEL
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA

vs.

ALEXIS ROMAIN HERNANDES-VELASQUEZ,
a/k/a "Rubelsy Dario Cano-Castillo"

Defendant.
_____/

CASE NO. 16-80003-CR-Ryskamp/
Hopkins

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

New Defendant(s)    Yes ___    No ___
Number of New Defendants ___
Total number of counts ___
FTP ___

**Court Division**: (Select One)

___ Miami    ___ Key West
___ FTL    _X_ WPB

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)    NO
   List language and/or dialect ___

4. This case will take __2-5__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)

   | | | | (Check only one) | |
   |---|---|---|---|---|
   | I | 0 to 5 days | _X_ | Petty | ___ |
   | II | 6 to 10 days | ___ | Minor | ___ |
   | III | 11 to 20 days | ___ | Misdem. | ___ |
   | IV | 21 to 60 days | ___ | Felony | _X_ |
   | V | 61 days and over | ___ | | |

6. Has this case been previously filed in this District Court? (Yes or No)    No
   If yes:
   Judge: _____    Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No) Yes
   If yes:
   Magistrate Case No.    15-8643-WM
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of    12/08/2015
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____
   Is this a potential death penalty case? (Yes or No)    NO

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? ___ Yes _X_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007? ___ Yes _X_ No

_____
ADAM McMICHAEL
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 0172321

*Penalty Sheet(s) attached      REV 4/8/08

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

CASE NO. 16-80003-CR-Ryskamp/Hopkins

Defendant's Name:   ALEXIS ROMAN HERNANDES-VELASQUEZ

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|---|---|---|---|
| 1 | Alien found in the U.S. subsequent to a prior deportation | 8:1326(a) | 2 years<br>$250,000 fine<br>SR: up to 1 year<br>$100 SA |